FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2014 DEC 17 PM 2: 13

CLERK
SO. DIST. OF GA.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

IN RE: )
)
LEAVE OF ABSENCE REQUEST ) Case Nos.: CR114-098, A. L. Butler
PATRICIA G. RHODES )
January 15 through January 16, 2015 )

## ORDER

Upon consideration of the Motion for Leave of Absence filed by the United States of America in the above-cited cases on behalf of Assistant United States Attorney Patricia G. Rhodes for January 15 through January 16, 2015, for a personal out of state trip, the same is hereby GRANTED.

This 17th day of December, 2014.

_____
DUDLEY H. BOWEN, JR.
UNITED STATES DISTRICT COURT JUDGE
SOUTHERN DISTRICT OF GEORGIA

1