IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) Case No. 1:14CR00098-1 |
| v. | ) |
| ANTONIO BUTLER, | ) |
| Defendant. | ) |

**ORDER**

Motion for leave of absence having been filed by counsel Hank Crane and counsel having shown no proceedings scheduled for this case during the time period sought for leave, it is hereby ORDERED that counsel's request for leave is HEREBY GRANTED for the period of Friday, May 22, 2015 through and including Friday, May 22, 2015.

SO ORDERED this ___ day of May, 2015, at Augusta, Georgia.

HON. DUDLEY H. BOWEN, JR.
UNITED STATES DISTRICT COURT